ROSMOR REALTY CORP., Landlord, Respondent, *v.* DOROTHY CAVINESS et al., Tenants, Appellants

Supreme Court, Appellate Term, First Department, June 6, 1946.

*Mortimer Goodman* for appellants.

*Mark L. Giller* for respondent.

MEMORANDUM *Per Curiam.* The petition does not state facts conferring jurisdiction in this proceeding. It fails to allege facts to show the alleged breach and the commission of a nuisance. It also fails to allege that the notice required by paragraph (3) of subdivision (a) of section 6 of the Rent Regulation for Housing in the New York City Defense-Rental Area (8 Federal Register 13918) has been served (*Shelton Management Corp.* v. *Rosenkrantz,* 184 Misc. 355; *Gilroy* v. *Becker,* 186 Misc. 93).

The final order should be reversed, with $30 costs, and petition dismissed, with costs, without prejudice to a new proceeding.

SHIENTAG, MCLAUGHLIN and HECHT, JJ., concur.

Order reversed, etc.